UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SHIRLEY WILLIAMS**           ) | **Case Number: 09-2386** |
|                                ) | |
| **Plaintiff**                  ) | |
|                                ) | |
| vs.                            ) | **CIVIL ACTION** |
|                                ) | |
| **NATIONAL ACTION FINANCIAL**  ) | |
| **SERVICES, INC.**             ) | |
| **Defendant**                  ) | |
|                                ) | |
|                                ) | |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, Shirley Williams, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.

 BY: /s/ Brent F. Vullings
 Brent F. Vullings, Esquire
 Attorney for Plaintiff
 Attorney I.D. #92344
 Warren & Vullings, LLP
 1603 Rhawn Street
 Philadelphia, PA  19111
 215-745-9800